FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 22 2011

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CONSUELLA HARRIS                                PLAINTIFF

v.                      CIVIL NO. 11-5194

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                           DEFENDANT

## ORDER

Now on this 16th day of August 2011, comes on for consideration the Complaint filed by the Plaintiff herein, requesting judicial review of the denial of a period of disability and disability insurance benefits and supplemental security insurance benefits by the Commissioner of the Social Security Administration. (Doc. 1). See 42 U.S.C. §405(g).

The Court finds that the interests of justice would be best served by transferring this case to the United States District Court, Eastern District of Arkansas. Venue would be proper in the Eastern District of Arkansas, as Plaintiff was a resident of Plumerville, Conway County, Arkansas, when her Complaint was filed and continues to reside in Plumerville. See 28 U.S.C. § 1406(a)(allowing district court to transfer case which has been filed in the incorrect district to transfer the case to the district where it could have been brought); 42 U.S.C. § 405(g).

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Eastern District, 600 West Capitol Avenue, Suite 402, Little Rock, Arkansas, 72201-3325.

I hereby attest and certify this is a printed copy of a document electronically filed with the United States District Court for the Western District of Arkansas.

Date: 8-16-11
Christopher R. Johnson, Clerk
By: T.G. Deputy Clerk

A072A
(Rev. 8/82)

The matter of allowing Plaintiff to proceed *in forma pauperis* will be determined by the Eastern District of Arkansas after the case has been transferred.

IT IS SO ORDERED.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

CLOSED, CASREF

## U. S. District Court
### Western District of Arkansas (Fayetteville)
### CIVIL DOCKET FOR CASE #: 5:11-cv-05194-JLH -ELS
### Internal Use Only

Harris v. Social Security Administration Commissioner  
Assigned to: Honorable Jimm Larry Hendren  
Referred to: Honorable Erin L. Setser  
Cause: 42:0405g Review of HHS Decision (RSI)

Date Filed: 08/15/2011  
Date Terminated: 08/16/2011  
Jury Demand: None  
Nature of Suit: 865 Social Security: RSI Tax Suits  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Consuella Harris**          represented by   **Conrad T. Odom**  
Odom, Elliott & Winburn  
P.O. Drawer 1868  
Fayetteville, AR 72702-1868  
(479) 442-7575  
Fax: (479) 442-9008  
Email: codom@odomfirm.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Social Security Administration Commissioner**  
*agent of*  
Michael J. Astrue

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/15/2011 | 1 | COMPLAINT against Social Security Administration Commissioner, filed by Consuella Harris.(tg) (Entered: 08/15/2011) |
| 08/15/2011 | 2 | CIVIL COVER SHEET for case initiated by Consuella Harris. (tg) (Entered: 08/15/2011) |
| 08/15/2011 | 3 | MOTION for Leave to Proceed in forma pauperis, MOTION for Service by Consuella Harris.(Attachments: # 1 IFP Application)Motions referred to Erin L. Setser.(tg) (Entered: 08/15/2011) |
| 08/15/2011 |   | (Court only) Magistrate Notice/Consent Furnished to plaintiff (tg) (Entered: 08/15/2011) |

I hereby attest and certify this is a printed copy which was electronically filed with the United States District Court for the Western District of Arkansas

Date Filed: 8-16-11  
Christopher R. Johnson, Clerk  
By: _____T.G._____, Deputy Clerk

| 08/16/2011 |   | Case electronically transferred to Eastern District of Arkansas by civil case extraction. (tg) (Entered: 08/16/2011) |
|---|---|---|
| 08/16/2011 | 4 | ORDER TRANSFERRING CASE to Eastern District of Arkansas. Certified copy of transfer order and docket sheet sent. Signed by Honorable Erin L. Setser on August 16, 2011. (tg) (Entered: 08/17/2011) |