# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

CONSUELLA HARRIS                                                              PLAINTIFF

V.                              NO. 4:11CV00632 JTR

MICHAEL J. ASTRUE,
Commissioner,
Social Security Administration                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 8th DAY OF June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE